**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeffrey T. Maehr, | NO. C 08-80218 JW |
|     Petitioner, | **JUDGMENT** |
|   v. | |
| United States of America, | |
|     Respondent. | |

Pursuant to the Court's April 2, 2009 Order Granting Respondent's Motion to Dismiss Petition to Quash With Prejudice; Denying Petitioner's Motion for Entry of Default, judgment is entered in favor of Respondent United States of America, against Petitioner Jeffrey T. Maehr.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: April 2, 2009

                                                                                        *James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

tom.moore@usdoj.gov

Jeffrey T. Maehr
924 E. Stollsteimer Rd
Pagosa Springs, CO 81147

Dated:  April 2, 2009                                    **Richard W. Wieking, Clerk**

                                                                            **By:      /s/ JW Chambers**
                                                                                 **Elizabeth Garcia**
                                                                                 **Courtroom Deputy**